

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TERRANCE L. COX,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:08-CV-00015-BES-(RAM)

**ORDER**

The copy of Order #5 was returned in the mail with the notation that Petitioner has been discharged from the custody of the Nevada Department of Corrections. Petitioner has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Plaintiff's failure to inform the Court of his current address. The Clerk of the Court shall enter judgment accordingly.

DATED this 14th day of May, 2008.

_____
BRIAN E. SANDOVAL
United States District Judge