AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

TERRANCE L. COX,

     Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:08-CV-00015-BES-RAM**

JAMES BENEDETTI, et al.,

     Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for Plaintiff's failure to inform the Court of his current address.

  May 16, 2008                                           **LANCE S. WILSON**
                                                                    Clerk

                                                                 /s/ Pamela McDonald
                                                                   Deputy Clerk